**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Felicia R. Mathis** | Social Security number or ITIN **xxx–xx–0599** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17–30935**

---

# Order of Discharge                                12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Felicia R. Mathis

January 17, 2018                              **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                    United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 17-30935-DLT
Felicia R. Mathis                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin              Page 1 of 2              Date Rcvd: Jan 17, 2018
                               Form ID: 318             Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2018.
```
db            +Felicia R. Mathis,   14622 S. Sherman Ave.,   Apt. 1S,   Posen, IL 60469-1316
26107234      +Ashford Univerisity,   8620 Spectrum Center Blvd,   San Diego, CA 92123-1406
26107235       Asset Recovery Solutions, LLC,   2200 E. Devon Ave., Ste. 200,   Des Plaines, IL 60018-4501
26107239       CB/Ashley Stewart,   PO Box 182273,   Northglenn, CO 80233
26107240       CB/Express,   PO Box 337003,   NorthGlenn, CO 80233-7003
26107241       CB/HSN,   PO Box 182120,   Columbus, OH 43218-2120
26107242       CB/Lane Bryant,   PO Box 337001,   NorthGlenn, CO 80233-7001
26107244       CB/Ulta MC,   PO Box 182120,   Columbus, OH 43218-2120
26107246       CB/VICSCRT (Victoria Secret),   PO Box 182128,   Columbus, OH 43218-2128
26107236      +Caine & Weiner,   Po Box 5010,   Woodland Hills, CA 91365-5010
26107237      +Caine & Weiner,   15025 Oxnard Street,   Suite 100,   Van Nuys, CA 91411-2640
26107247       Collection Professionals, Inc.,   723 First Street,   La Salle, IL 61301-2535
26107248       Comcast,   Bankruptcy Department,   11621 E. Marginal Way 5,   Tukwila, WA 98168-1965
26107257     ++FIRST SAVINGS BANK,   PO BOX 5096,   SIOUX FALLS SD 57117-5096
              (address filed with court: FSB Blaze Credit Card,   500 E. 60th Street,
               Sioux Falls, SD 57104)
26107264      +Kevin W. Mortell, Attorney at Law,   1821 Walden Office Square,   Suite 400,
               Schaumburg, IL 60173-4273
26107265     ++LENDMARK FINANCIAL SERVICES LLC,   2118 USHER STREET,   COVINGTON GA 30014-2434
              (address filed with court: Lendmark Financial Service,   2118 Usher Street,
               Covington, GA 30014)
26107266      +Lendmark Financial Service,   2080 Crain Highway,   Waldorf, MD 20601-3147
26107269      +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
26107270      +Maryland Dept. of Transportation,   7201 Corporate Center Drive,   Hanover, MD 21076-1415
26107271       MaxLend,   217 3rd Ave NE,   Parshall, ND 58770
26107274      +Nationwide Credit & Collections, In,   815 Commerce Drive,   Suite 100,
               Oak Brook, IL 60523-8839
26107275      +Navy Federal Credit Union,   525 Clark Ave., Bldg. 290,   Great Lakes, IL 60088-2612
26107278      +Suburban Sleep & Pulmonary Medicine,   DBA Kramer Med Supplies,   3077 W. Jefferson Street #210,
               Joliet, IL 60435-5264
26107281       UI Health,   Patient Accounts,   PO Box 12199,   Chicago, IL 60612-0199
26107286      +US Dept. of Education/GL,   2401 International PO BOX 7859,   Madison, WI 53707-7859
26107284      +University of Illinois Hospital,   & Health Science DOP,   912 S Wood Street,
               Chicago, IL 60612-4300
26107282       University of Illinois at Chicago,   5801 S. Ellis ave,   Chicago, IL 60637-1546
26107283       University of Illinois at Chicago,   Physician Group,   7720 Solution Center,
               Chicago, IL 60677-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26107233      +E-mail/Text: cashnotices@gmail.com Jan 18 2018 01:36:10      Americash,   880 Lee St.,
               Suite 302,   Des Plaines, IL 60016-6487
26107238       EDI: CAPITALONE.COM Jan 18 2018 00:58:00      Cap One,   15000 Capital One Dr,
               Richmond, VA 23238
26107243       EDI: WFNNB.COM Jan 18 2018 00:58:00      CB/NY & CO,   PO Box 182122,   Columbus, OH 43218-2122
26107245       EDI: WFNNB.COM Jan 18 2018 00:58:00      CB/Vctrssec,   PO Box 182789,   Columbus, OH 43218-2789
26107249       EDI: WFNNB.COM Jan 18 2018 00:58:00      Comenity Bank/Ashley Stewart,   PO Box 182789,
               Columbus, OH 43218-2789
26107250       EDI: WFNNB.COM Jan 18 2018 00:58:00      Comenity Bank/LNBRYANT,   PO Box 182789,
               Columbus, OH 43218-2789
26107251      +EDI: CONVERGENT.COM Jan 18 2018 00:58:00      Convergent Outsourcing,   800 Sw 39th St,
               Renton, WA 98057-4975
26107252      +EDI: RCSFNBMARIN.COM Jan 18 2018 00:58:00      Credit One,   Bankrupcty Department,
               PO Box 98873,   Las Vegas, NV 89193-8873
26107254       EDI: BLUESTEM Jan 18 2018 00:58:00      FINGERHUT/WEBBANK,   6250 Ridgewood Rd.,
               Saint Cloud, MN 56303-0820
26107253       EDI: BLUESTEM Jan 18 2018 00:58:00      Fingerhut,   PO Box 1250,   Saint Cloud, MN 56395-1250
26107256      +EDI: AMINFOFP.COM Jan 18 2018 00:58:00      First Premier Bank,   3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
26107255      +EDI: AMINFOFP.COM Jan 18 2018 00:58:00      First Premier Bank,   Bankruptcy Department,
               PO Box 5523,   Sioux Falls, SD 57117-5523
26107258      +EDI: PHINGENESIS Jan 18 2018 00:58:00      Genesis Bankcard Service,   PO Box 4499,
               Beaverton, OR 97076-4499
26107260       E-mail/Text: rev.bankruptcy@illinois.gov Jan 18 2018 01:34:14
               Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W. Randolph St.,
               Chicago, IL 60601
26107262       EDI: IRS.COM Jan 18 2018 00:58:00      IRS,   Internal Revenue Service,   P.O. Box 7346,
               Philadelphia, PA 19101-7346
26107259       E-mail/Text: rev.bankruptcy@illinois.gov Jan 18 2018 01:34:14
               Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
26107261       EDI: PHINGENESIS Jan 18 2018 00:58:00      Indigo Bankcard Services,   P.O. Box 4499,
               Beaverton, OR 97076-4499
26107263       EDI: JEFFERSONCAP.COM Jan 18 2018 00:58:00      Jefferscnp (Jefferson Capital Syste,
               16 McLeland Rd.,   Saint Cloud, MN 56303
26107268       EDI: TSYS2.COM Jan 18 2018 00:58:00      MACYSDSNB,   911 Duke Blvd.,   Mason, OH 45040
```

```
District/off: 0752-1          User: admin              Page 2 of 2                Date Rcvd: Jan 17, 2018
                              Form ID: 318             Total Noticed: 57

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
26107267       +EDI: TSYS2.COM Jan 18 2018 00:58:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
26107272       +EDI: MERRICKBANK.COM Jan 18 2018 00:58:00      Merrick Bank,    10705 S. Jordan Gtwy Ste. 200,
                 South Jordan, UT 84095-3977
26107273       +EDI: MID8.COM Jan 18 2018 00:58:00      Midland Credit Management, Inc.,    Bankruptcy Department,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
26107276        EDI: PRA.COM Jan 18 2018 00:58:00      Portfolio Recovery Associates,
                 120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502
26107279       +EDI: SWCR.COM Jan 18 2018 00:58:00      SW Credit,    4120 International Parkway,   Suite 1100,
                 Carrollton, TX 75007-1958
26107277        EDI: BLUECHIP.COM Jan 18 2018 00:58:00      SpotLoan,    PO Box 927,   Palatine, IL 60078-0927
26107280       +EDI: RMSC.COM Jan 18 2018 00:58:00      Syncb/QVC,    1200 Wilson Drive,
                 West Chester, PA 19380-4267
26107285       +E-mail/Text: External.Collections@phoenix.edu Jan 18 2018 01:36:24      University of Phoenix,
                 1625 W Fountainhead Pkwy,    Tempe, AZ 85282-2371
26107287       +EDI: WFFC.COM Jan 18 2018 00:58:00      WFF Cards,    Attn: Bankruptcy Dept.,   3201 N 4th Ave.,
                 Sioux Falls, SD 57104-0700
26107288       +EDI: WFNNB.COM Jan 18 2018 00:58:00      WFNNB/Lane Bryant,    Bankruptcy Department,
                 PO Box 182789,    Columbus, OH 43218-2789
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Felicia R. Mathis davidsiegelbk@gmail.com,
               davidmsiegel@hotmail.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com;jbaldi@iq7technology.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 3
```